Johnnie Daniel Bond Sr., Pro Se

6808 S IH 35 APT 250

AUSTIN, TEXAS 78745

(512) 552-8688 | Bondjohnnie@gmail.com

September 14, 2026

Clerk of Court

United States District Court

Western District of Texas — Austin Division

501 W. 5th Street, Suite 1100 Austin, TX 78701

Re: Request for Filing — New Civil Class Action

Johnnie Daniel Bond Sr., individually Pro Se

v. Uber Technologies, Inc. and Lyft, Inc.

Dear Clerk:

Enclosed for filing, please find: 1. Original + 1 copy of Complaint for Damages and Injunctive Relief

($150,000,000+) 2. Civil Cover Sheet (JS-44) 3. Application to Proceed In Forma Pauperis OR check/money order for $405.00 filing fee 4. Summons for each Defendant (2) 5. Exhibits A, B,

Plaintiff resides in Austin, Travis County, Texas.

Defendants:

Uber Technologies, Inc. — 1725 3rd St., San Francisco, CA 94158

Agent: CT Corporation System, 818 W. Seventh St., Ste 930, Los Angeles, CA 90017

Lyft, Inc. — 185 Berry Street, Suite 5000, San Francisco, CA 94107

Agent: CT Corporation System, California

Jurisdiction is invoked under 28 U.S.C. § 1332(d) (CAFA) and 28 U.S.C. § 1331 — **Independent contractor misclassification via 24/7 telematics surveillance, defamation per se, and withheld earned fare wages.** Please file-stamp and return one copy via SASE enclosed. Please issue summonses for service by the U.S. Marshal or private process server. Thank you for your assistance to this Pro Se litigant.

Respectfully, /s/ Johnnie Daniel Bond Sr.

Johnnie Daniel Bond Sr., Pro Se