**Exhibit A**

## Driver accomplishment letter

Created June 9, 2026

lyft

# Johnnie Sr

Driving with Lyft since December 2014

185 Berry Street
Suite 400
San Francisco, CA 94107

**7283** Rides    **4.99** Rating

Greetings,

We're pleased to share some of Johnnie Sr's accomplishments while driving with Lyft. Johnnie hit the road in December 2014 and has completed 7283 rides, helping connect passengers to the world around them. This ride count is impressive—it's in the top 20% for drivers in the Austin region, which takes a strong work ethic.

Digging into more of Johnnie's stats with Lyft:

- Currently ranked as an "Elite" driver, which is the highest tier on the Lyft platform and is only achieved by about 5% of drivers each month.
- When looking at weeks driving with Lyft, Johnnie routinely averages 29 hours behind the wheel.
- Johnnie has an average rating of 4.99 out of 5 stars from passengers.
- 23 passengers have added Johnnie to their favorite driver list, indicating exceptional customer service and that they would like to ride with Johnnie again.
- Of the passengers who provided positive feedback, 834 complimented Johnnie's friendliness, 714 complimented Johnnie's good driving, 608 complimented the cleanliness of the car, and 322 complimented how Johnnie went above and beyond.

Here are some examples of positive feedback for Johnnie's service: Johnnie is praised for providing smooth, safe, and relaxing rides, demonstrating exceptional driving skills and professionalism. Passengers appreciate the clean car, engaging conversation, and helpfulness, such as assisting with heavy bags and ensuring health and safety. Great service like this is a key reason why passengers choose Lyft.

It's our pleasure to verify Johnnie's time driving with Lyft. As business owners, rideshare drivers independently manage their expenses and assets, strive to provide great customer service, make decisions under pressure, and set a schedule that maximizes earnings—all skills that are transferrable to many roles.

Safe travels,

The Lyft Team

## Exhibit B

Your Lyft Deactivation Appeal

Inbox

Lyft

Fri, Sep 4, 12:48 PM (8 days ago)

to me

Lyft

Johnnie, we are reaching out from the Trust & Safety team at Lyft regarding the current status of your deactivation appeal request. As we mentioned in our warning on Aug. 24, 2026, we monitor safety-related signals — like ratings, passenger safety reports, accidents, and distracted driving. After your warning, we received an additional unsafe driving report about your driving. Because this activity breaches our Platform Terms of Service, we deactivated your account on Sep. 3, 2026. The decision to deactivate your account was made pursuan**t to Lyft's Terms of Service, and will Re: EXHIBIT B - PAGE 2 - Sep 4 Appeal Denial - NOTED: ADMT MONITORING PROOF - "We monitor safety-related signals" -main final — you will not be able to drive on the Lyft platform going forward.**

Contact

548 Market St., P.O. Box 68514, San Francisco, CA 94107

© 2026 Lyft, Inc.