# Exhibit B

Your Lyft Deactivation Appeal

Inbox

Lyft

Fri, Sep 4, 12:48 PM (8 days ago)

to me

Lyft

Johnnie, we are reaching out from the Trust & Safety team at Lyft regarding the current status of your deactivation appeal request. As we mentioned in our warning on Aug. 24, 2026, we monitor safety-related signals — like ratings, passenger safety reports, accidents, and distracted driving. After your warning, we received an additional unsafe driving report about your driving. Because this activity breaches our Platform Terms of Service, we deactivated your account on Sep. 3, 2026. The decision to deactivate your account was made pursuant **to Lyft's Terms of Service, and will Re: EXHIBIT B - PAGE 2 - Sep 4 Appeal Denial - NOTED: ADMT MONITORING PROOF - "We monitor safety-related signals" -main final — you will not be able to drive on the Lyft platform going forward.**

Contact

548 Market St., P.O. Box 68514, San Francisco, CA 94107

© 2026 Lyft, Inc.