# U.S. District Court

## Texas Western - Austin

Receipt Date: Sep 14, 2026 2:20PM

Johnnie D Bond
6808 S IH 35, Apt. 250
Austin, TX 78745

Rcpt. No: 3915 Trans. Date: Sep 14, 2026 2:20PM Cashier ID: #CERy (3241)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #205 | 09/14/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments**: 1:26-cv-02530 Bond v. Uber Technologies, Inc. et al